UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVE GOODELL,** as an individual and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br>vs.<br><br>**CHATTEM, INC.,** a Tennessee corporation,<br><br>    *Defendants.* | Case No. 2:08−CV−02462−FCD−GGH<br><br>[<br>**ORDER ON EX PARTE APPLICATION FOR LEAVE TO JOIN STATUS REPORT SUBMITTED BY DEFENDANT** |

Having reviewed Plaintiff's Ex Parte Application for leave to join the Status Report submitted by Defendant, and the documents in support of that application, and good cause appearing,

**IT IS HEREBY ORDERED:**

That Plaintiff be permitted to join Defendant's separately filed Status Report, and that the Status Report shall be considered a joint report, approved by attorneys for both Plaintiff and Defendant.

Dated: March 16, 2009

                                                  FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE