BUCHALTER NEMER
A Professional Corporation
KALLEY R. AMAN (SBN: 217337)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: kaman@buchalter.com

MILLER & MARTIN PLLC
C. Crews Townsend (Tenn. Bar No. 12274)
Denise Miller (Georgia Bar No. 021235)
832 Georgia Avenue, Suite 1000
Volunteer Building
Chattanooga, Tennessee 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
*To Be Admitted Pro Hac Vice*

Attorneys for Defendant CHATTEM, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GOODELL, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHATTEM, INC., a Tennessee corporation,<br><br>Defendant. | Case No. 2:08-CV-02462-FCD-GGH<br><br>Assigned to Honorable Frank C. Damrell, Jr.<br><br>**ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)** |

\\
\\
\\
\\
\\
\\

-1-

Pursuant to the Stipulation for Dismissal filed by the parties pursuant to Rule 41(a)(1)(A)(ii, it is hereby ORDERED that this entire action is dismissed without prejudice.

It is further ORDERED that Plaintiff's counsel shall pay the sum of $1,588.81 to Chattem within ten days of the date of this Order for costs incurred for Plaintiff's non-appearance at his noticed deposition. Other than this sum, the parties will each bear their own fees and costs.

Dated: May 6, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE